UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                           ORDER ADOPTING THE
                                 REPORT AND RECOMMENDATION

Alan Sam,

        Defendant.            Crim. No. 14-367 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

      That Defendant's Motion to Suppress Statements, Admissions, and Answers, [Docket No. 19], is **DENIED**.

                                                   s/Ann D. Montgomery
                                                   Ann D. Montgomery, Judge
DATED: February 23, 2015             United States District Court
At Minneapolis, Minnesota